**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

BARBARA HANOVICH,

                Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

                Defendant.

Civil No. 07-1527 ADM/JSM

**ORDER**

      Before the Court is the Report and Recommendation of Magistrate Judge Janie S. Mayeron dated August 6, 2008. Having reviewed the files and records herein, and there being no objections to said Recommendation, IT IS HEREBY ORDERED THAT:

      1.  Plaintiff's Motion for Summary Judgment (Docket No. 8) is GRANTED IN PART and DENIED IN PART consistent with the Report and Recommendation;

      2.  Defendant's Motion for Summary Judgment (Docket No. 11) is DENIED; and

      3.  This case is REMANDED to the SSA for further proceedings.

Dated: September __8__, 2008

s/Ann D. Montgomery

ANN D. MONTGOMERY
United States District Court Judge